DAVID C. BERMAN
A Professional Corporation
71 Maple Avenue
Morristown, NJ 07960
(973) 631-1000
Attorneys for Howard Street Partners LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

Richard Rekuc,

　　　　　　　　　　Debtors.
_____/

Case Nos. 08-23091 (MBK)
Chapter 13
Hon. Michael B. Kaplan

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned appears in the above captioned Chapter 13 case as counsel for Howard Street Partners LLC, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. 1307, and hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 13 case be delivered and served upon the undersigned address of its counsel as set forth below:

　　　　Edward N. Mazlish, Esq.
　　　　David C. Berman, A Professional Corporation
　　　　71 Maple Avenue
　　　　Morristown, NJ 07960
　　　　(973) 631-1000 (phone)
　　　　(973) 631-1111 (fax)
　　　　emazlish@njlawyer.com
　　　　efiling@njlawyer.com

PLEASE TAKE FURTEHR NOTICE, that pursuant to 11 U.S.C. 1307, the foregoing demand includes all notices and pleadings referred to in the above mentioned

Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or its property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex, or otherwise filed or made with regard to the above referenced case and all proceedings therein.

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in this case.

PLEASE TAKE FURTEHR NOTICE, that Howard Street Partners LLC intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Howard Street Partners LLC's right to have final orders in non-core matters entered only after de novo review by the District Court Judge; (2) Howard Street Partners LLC's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Howard Street Partners LLC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Howard Street Partners LLC is or may be entitled under

agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Howard Street Partners LLC expressly reserves.

Dated: September 18, 2008                David C. Berman
                                         A Professional Corporation
                                         Attorneys for Howard Street Partners LLC

                                         By:   /s/ Edward N. Mazlish
                                                Edward N. Mazlish, Esq.
                                                71 Maple Avenue
                                                Morristown, NJ 07960
                                                (973) 631-1000 (phone)
                                                (973) 631-1111 (fax)
                                                emazlish@njlawyer.com
                                                efiling@njlawyer.com